# AMENDED COMPLAINT

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Houston DIVISION

Eliseo Ruiz Mendez #1929729
AKA. Destiny Marie Mendez
Plaintiff's Name and ID Number

Wayne Scott Unit
Place of Confinement

CASE NO. 4:21-CV-1401
(Clerk will assign the number)

v.

Bryan Collier TDCJ Exec. Dir.
Defendant's Name and Address

P.O. Box 99
Defendant's Name and Address

Huntsville, TX 77342
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: March 20th, 2021
        2. Parties to previous lawsuit:
           Plaintiff(s) Eliseo Ruiz Mendez
           Defendant(s) Bryan Collier et al.
        3. Court: (If federal, name the district; if state, name the county.) Southern District
        4. Cause number: 4:21-CV-701
        5. Name of judge to whom case was assigned: Kenneth M. Hoyt
        6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
        7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Wayne Scott Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Submitted Step 2 after filing still No Answer (Been 5 months Taken as a Denial.)

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Eliseo Ruiz Mendez AKA Destiny Marie Mendez Wayne Scott Unit, 4 Jester Road Richmond Texas 77406

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Bryan Collier, Executive Director of Tex. Dept of Criminal Justice, PO Box 99, Huntsville, Texas 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
8th Amendment - Deliberate Indiffrance

Defendant #2: Dr. Owen Murray, Vice President for Offender Srvs. of UTMB at Galveston 809 Harborside Dr. Galveston, TX 77555

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate Indiffrance - 8th Amendment

Defendant #3: Kayli Dosher, Gender Clinic Specialist, U.T.M.B 809 Harborside Dr., Galveston, TX 77555

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
8th Amendment - Deliberate Indiffrance

Defendant #4: Jane Doe, Surgery Team Supervioser, UTMB Galveston - 809 Harbor Side Dr. 77555

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
8th Amendment - Deliberate Indifrence

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

On march 4th, 2020 I've been Diagnosed & Placed on hormone Medication. I've been Changed Medication For hormone Therapy. But Still I've Attempted to Place objects In my Penis In Attempt to have it cut open At times I've had all Types of Castration, I've Attempted to cut my Testicals Due to the Pain Have failed. I've Attempted Suicide. I've had more Recent Attemps at Castration All I'm Told is at the moment Defs' Bryan Collier & Dr Owen Murray have a No Sex Reassignment Surgery Policy for No one, Dr Dasher has said If Possible she'd Recommend me But Due to No SRS. Policy Surgery Team will not Do it untill Approved By Def. Collier & Murray.

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask for Emergency Preliminary & Permenant Injunctions Befor any further harm is Done that's Inreversable Ask for The Policy on SRS. to be changed. & it be Allowed, and $100,000.⁰⁰ In damages that I may qualify for. and any Other Action Court Sees fit & Deemable.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Eliseo Ruiz Mendez, Eliseo Mendez, Ms Destiny Marie Mendez

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1540404, 1929729

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 10-26-2021
DATE

Eliseo R. Mendez AKA Destiny Marie
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 26th day of October, 20 21.
(Day)                      (month)              (year)

Eliseo R. Mendez
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15